*well* and *Allan H. Fish* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 207, Misc. FISHBAUGH *v.* ARMOUR & CO. ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Hilary W. Gans* and *Charles Markell, Jr.* for Armour & Co., respondent.

No. 209, Misc. DUNCAN *v.* ILLINOIS. · Supreme Court of Illinois. Certiorari denied.

· No. 217, Misc. FLETCHER ET AL. *v.* UNITED STATES ATOMIC ENERGY COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 236, Misc. SWAIN *v.* DUFFY, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 243, Misc. McKENNA *v.* NEBRASKA ET AL. Supreme Court of Nebraska. Certiorari denied.

No. 248, Misc. KOVACIVICH *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 251, Misc. QUICK *v.* HARDIEK, CIRCUIT COURT CLERK. Supreme Court of Illinois. Certiorari denied.

No. 256, Misc. WOODS *v.* KING ET AL. Supreme Court of California. Certiorari denied.